AFFIDAVIT IN SUPPORT OF APPLICATION TO
PROCEED *IN FORMA PAUPERIS*\*

I, **Kenneth Abraham**, being first duly sworn, depose and say that I am the **Plaintiff Petitioner** in the above-captioned case; in support of my motion to proceed without paying Court fees and costs, or give security therefore, state:

My date of birth is: **4/24/47**

My current address is: **SHU 19 B-U-4**
**DCC. 1181 Paddock Rd.**
**Smyrna, DE (997?)**

Because of my financial situation, I am unable to pay the costs of this proceeding or give security therefore. In support of that statement, I supply the following information:

1. Nature of claim or defense is: **Petition for Declaratory Judgment**
   **This is Not a civil rights case (though plenty are violated!)**

2. Presently employed?   Yes ____   No **✓**

3. If Yes, state: **NA**

   (a) Name and address of employer:

   (b) How often paid:

   (c) Take home pay per pay period:

FILED
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

4. If *No*, state:

    (a) Name and address of last employer: Self and Dave Poole Marketing, Orlando, FL, address not available to me.

    (b) Date of last employment: Jan, 2006

5. State whether you have received any income (dividends, rent, savings interest, etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve months.

    Yes ✓ Yes      No ~~No~~

6. If *Yes*, state: N/A

    (a) Amount of income or gift, or its value: One surprise deposit to my prison account of $100.00.

    (b) When received: Approximately December '07.

    (c) From whom or what received: From Frank Cardone

    (d) Whether regular or one time: One Time

7. List all property owned, whether held in your name alone or jointly with anyone else:

    (a) Real estate: None

    (b) Personal property (stocks, bonds, bank accounts, vehicles): One 2000 Model Chevy Prism with serious body damage

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) Name and address of and relationship to any joint owner, designating which property is jointly owned and name of joint owner: NA

8. If you have a spouse, state: NA

(a) Amount of any income received:

(b) Source

(c) Frequency income is received:

9. If a prisoner, attach Department of Correction certified statement of your inmate account. The summary of your inmate account shall contain all account activity for the 6-month period immediately preceding the filing of the complaint, or for the entire time you have been incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

(a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State? Yes

And never before, in 60 years, have I had to sue anyone on my own behalf. This place (DCC) thinks itself beyond the law.

(b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case. State Court - Del. Ct of Chancery #3156-CC
Federal Court - US Dist. Ct, No. 07-593
State Ct - Chancery, 60 Page Petition for Declaratory Judgment mailed 5/6/08, Case No 3448-VCS,
Appeal to US AC of interim decisions in case 07-593, US CA (3d Cir) Case No 08-1103

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

*re medical care.*

(c) If the answer to (a) above was yes, state the outcome of each action or appeal.

#3156 CC Chancery Case resolved by defendants' compliance with relief requested: Dismissed as moot.
Federal still pending → #07-593-
#3448 chancery case dismissed, court saying it should be handled by Federal court as part of #07-593. Appeal # 08-103 ~~pending~~ dismissed 4/4/08

*District Ct. Pet. for Declaratory Judgment not mailed 02 5/6/08*

11. If you are a prisoner and your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

*as not timely — premature.*

If this condition applies to you, state whether you have exhausted all administrative remedies. Does not apply - This is not a civil rights case, it is Petition for Declaratory Judgment.

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process.

12. If not listed above, state:

(a) Amount of any cash held (whether or not in a bank)
None

(b) Bank accounts, listing bank, account number(s) and current balance(s).
None

13. Itemize debts and regular monthly expenses: Debts - Restitution of over $75,000 and costs and fees. Other misc. debts of $50,000

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

14. List names and addresses of any dependents:

I, _[signature]_ , swear or affirm that the above-information is true and correct and is made under penalty of perjury.

DATED: 4/2/08

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this __2nd__ day of __April__, __2008__.

_____
Title — Notary

Brian D. Engrem
Notary Public, State of Delaware
My Commission Expires June 14, 2008

Revised 7.17.03

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Kenneth Abraham_ SBI#: _173040_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _April 1, 2008_

---

Attached are copies of your inmate account statement for the months of _October 1, 2007_ to _March 31, 2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |
| Jan | 54.69 |
| Feb | 0 |
| March | 0 |

Average daily balances/6 months: _9.11_

Attachments
CC: File

_Stacy Shane_
4/1/08

Date Printed: 4/1/2008

## Individual Statement
### From October 2007 to December 2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00173040 | ABRAHAM | KENNETH | R | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | | Comments: | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 10/12/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 499455 | | 9/27/07 | |
| Supplies-MailPosta | 10/12/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 499502 | | 10/3/07 | |
| Supplies-MailPosta | 10/16/2007 | $0.00 | $0.00 | ($2.70) | $0.00 | 500970 | | INDIGENT 10/3/07 | |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 502624 | | 10/10/07 | |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 502663 | | 10/7/07 | |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 502664 | | 10/8/07 | |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 502719 | | 10/5/07 | |
| Supplies-MailPosta | 11/13/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 512887 | | 10/26/07 | |
| Supplies-MailPosta | 11/13/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 512888 | | 10/26/07 | |
| Supplies-MailPosta | 11/15/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 514899 | | 10/26/07 | |
| Medical | 11/20/2007 | $0.00 | ($8.00) | $0.00 | $0.00 | 516469 | | 11/2/07 | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 518026 | | 11/8/07 | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | 518033 | | 11/8/07 | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 518034 | | 11/7/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 520177 | | 11/4/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 520179 | | 11/4/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 520218 | | 11/8/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 520269 | | 11/12/07 | |
| Supplies-MailPosta | 12/11/2007 | $0.00 | $0.00 | ($6.44) | $0.00 | 526355 | | INDIGENT 12/3/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($6.00)
Total Amount Currently on Legal Hold: ($18.00)
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($53.08)

**Individual Statement**
**From January 2008 to March 2008**

Date Printed: 4/1/2008

| SBI | Last Name | First Name | MI | Suffix | | | Page 1 of 5 |
|---|---|---|---|---|---|---|---|
| 00173040 | ABRAHAM | KENNETH | R | | Beginning Month Balance: | $0.00 | |
| Current Location: | 19 | | Comments: | | Ending Month Balance: | $0.00 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.82) | $0.00 | 538043 | | 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.82) | $0.00 | 538044 | | 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.82) | $0.00 | 538045 | | 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.82) | $0.00 | 538046 | | 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.82) | $0.00 | 538047 | | 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 538244 | | 12/22/07 | |
| Mail | 1/10/2008 | $100.00 | $0.00 | $0.00 | $100.00 | 541445 | 00039480 | | F CANDONE |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($1.82) | $100.00 | 541541 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($1.82) | $100.00 | 541542 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($1.82) | $100.00 | 541543 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($1.48) | $100.00 | 541544 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($0.92) | $100.00 | 541545 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($0.75) | $100.00 | 541546 | | 12/27/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($0.41) | $100.00 | 541605 | | 12/20/07 | |
| Canteen | 1/22/2008 | ($14.85) | $0.00 | $0.00 | $85.15 | 545014 | | | |
| Pay-To | 1/22/2008 | ($10.00) | $0.00 | $0.00 | $75.15 | 545195 | | US DIST COURT | |
| Pay-To | 1/22/2008 | ($10.00) | $0.00 | $0.00 | $65.15 | 545197 | | BAXTER ABRAHAM | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.75) | $65.15 | 545956 | | 1/3/08 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.75) | $65.15 | 546001 | | 12/30/07 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.92) | $65.15 | 546021 | | 12/07 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.92) | $65.15 | 546022 | | 12/30/07 | |
| Medical | 1/23/2008 | ($4.00) | $0.00 | $0.00 | $61.15 | 546040 | | 8/9/07 | |
| Medical | 1/23/2008 | ($4.00) | $0.00 | $0.00 | $57.15 | 546042 | | 6/5/07 | |
| Medical | 1/23/2008 | ($8.00) | $0.00 | $0.00 | $49.15 | 546069 | | 11/2/07 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.58) | $49.15 | 548157 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.58) | $49.15 | 548205 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($1.82) | $49.15 | 548216 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.58) | $49.15 | 548227 | | 1/4/08 | |
| Pay-To | 1/29/2008 | ($2.00) | $0.00 | $0.00 | $47.15 | 548317 | | US DISTRICT COURT | |
| Pay-To | 1/29/2008 | ($2.00) | $0.00 | $0.00 | $45.15 | 548343 | | US DISTRICT COURT | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.82) | $45.15 | 548351 | | 1/11/08 | |

**Individual Statement**
**From January 2008 to March 2008**

Page 2 of 5

Date Printed: 4/1/2008

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00173040 | ABRAHAM | KENNETH | R | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | | | Ending Month Balance: | $0.00 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/1/2008 | ($2.17) | $0.00 | $0.00 | $42.98 | 550631 | | INDIGENT 6/4/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $42.57 | 550648 | | 7/19/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.82) | $0.00 | $0.00 | $40.75 | 550653 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.82) | $0.00 | $0.00 | $38.93 | 550654 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.82) | $0.00 | $0.00 | $37.11 | 550655 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.48) | $0.00 | $0.00 | $35.63 | 550656 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.92) | $0.00 | $0.00 | $34.71 | 550658 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.75) | $0.00 | $0.00 | $33.96 | 550660 | | 12/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $33.55 | 550662 | | 8/7/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $33.14 | 550679 | | 7/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $32.73 | 550696 | | 8/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($2.74) | $0.00 | $0.00 | $29.99 | 550715 | | INDIGENT 8/8/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $29.58 | 550719 | | 12/20/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $29.17 | 550724 | | 8/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($2.66) | $0.00 | $0.00 | $26.51 | 550727 | | INDIGENT 7/2/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $26.10 | 550741 | | 8/8/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $25.69 | 550745 | | 6/22/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $25.28 | 550750 | | 7/11/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $24.87 | 550754 | | 7/27/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $24.46 | 550759 | | 8/14/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $24.05 | 550764 | | 8/7/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $23.64 | 550765 | | 8/6/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $23.23 | 550766 | | 8/12/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $22.82 | 550773 | | 8/28/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $22.41 | 550777 | | 8/23/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $22.00 | 550778 | | 8/3/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $21.59 | 550779 | | 8/30/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $21.18 | 550780 | | 8/30/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $20.77 | 550781 | | 8/31/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $20.36 | 550786 | | 9/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $19.95 | 550791 | | 9/27/07 | |

**Individual Statement**
**From January 2008 to March 2008**

Date Printed: 4/1/2008                                                                                                     Page 3 of 5

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00173040 | ABRAHAM | KENNETH | R | | Beginning Month Balance: | $0.00 |
| Current Location: 19 | | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/1/2008 | ($2.74) | $0.00 | $0.00 | $17.21 | 550799 | | INDIGENT 9/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $16.80 | 550801 | | 9/12/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.23) | $0.00 | $0.00 | $15.57 | 550802 | | 9/23/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $15.16 | 550806 | | 9/14/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $14.75 | 550814 | | 9/14/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $14.34 | 550815 | | 9/14/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $13.93 | 550830 | | 10/3/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.75) | $0.00 | $0.00 | $13.18 | 550840 | | 1/3/08 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $12.77 | 550847 | | 10/7/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $12.36 | 550848 | | 10/8/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.75) | $0.00 | $0.00 | $11.61 | 550853 | | 12/30/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.92) | $0.00 | $0.00 | $10.69 | 550854 | | 12/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.92) | $0.00 | $0.00 | $9.77 | 550855 | | 12/30/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $9.36 | 550858 | | 10/5/07 | |
| Supplies-MailPosta | 2/1/2008 | ($2.70) | $0.00 | $0.00 | $6.66 | 550859 | | INDIGENT 10/3/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $6.25 | 550878 | | 10/10/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.58) | $0.00 | $0.00 | $5.67 | 550900 | | 1/4/08 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $5.26 | 550912 | | 10/26/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $4.85 | 550913 | | 10/26/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $4.44 | 550914 | | 10/26/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.58) | $0.00 | $0.00 | $3.86 | 550927 | | 1/4/08 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $3.45 | 550930 | | 11/8/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.75) | $0.00 | $0.00 | $2.70 | 550931 | | 11/8/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $2.29 | 550932 | | 11/17/07 | |
| Supplies-MailPosta | 2/1/2008 | ($1.82) | $0.00 | $0.00 | $0.47 | 550936 | | 1/4/08 | |
| Supplies-MailPosta | 2/1/2008 | ($0.47) | $0.00 | $0.00 | $0.00 | 550940 | | 1/4/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.11) | $0.00 | 552271 | | 1/8/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($1.99) | $0.00 | 552273 | | 1/8/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 552331 | | 1/8/08 | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 554715 | | 1/9/08 | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 554716 | | 1/9/08 | |

## Individual Statement
### From January 2008 to March 2008

Date Printed: 4/1/2008  
Page 4 of 5

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00173040 | ABRAHAM | KENNETH | R | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | Comments: | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 554729 | | 1/9/08 | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 554735 | | 1/14/08 | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.75) | $0.00 | 554736 | | 1/14/08 | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 554737 | | 1/14/08 | |
| Supplies-MailPosta | 2/14/2008 | $0.00 | $0.00 | ($3.22) | $0.00 | 556355 | | INDIGENT 2/4/08 | |
| Medical | 2/15/2008 | $0.00 | ($6.00) | $0.00 | $0.00 | 557147 | | 2/11/08 | |
| Legal | 2/15/2008 | $0.00 | $0.00 | ($18.00) | $0.00 | 557726 | | JAN 2008 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.75) | $0.00 | 559425 | | 2/8/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 559445 | | 2/7/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 559446 | | 2/7/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 559488 | | 1/22/07 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($1.48) | $0.00 | 560113 | | 1/22/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 560191 | | 1/20/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($4.60) | $0.00 | 560197 | | 1/28/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($1.65) | $0.00 | 560217 | | 1/28/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.75) | $0.00 | 560219 | | 1/28/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 560237 | | 1/24/08 | |
| Supplies-MailPosta | 2/22/2008 | $0.00 | $0.00 | ($2.28) | $0.00 | 560403 | | INDIGENT 1/8/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 562898 | | 1/28/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 562903 | | 1/25/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 562904 | | 1/27/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 562945 | | 1/29/08 | |
| Supplies-MailPosta | 3/11/2008 | $0.00 | $0.00 | ($3.22) | $0.00 | 568716 | | INDIGENT SUPPLIES | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.75) | $0.00 | 570068 | | 2/13/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($2.16) | $0.00 | 570216 | | 2/12/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($1.65) | $0.00 | 570219 | | 2/12/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($1.48) | $0.00 | 570221 | | 2/12/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 572934 | | 3/18/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($4.60) | $0.00 | 572935 | | 3/17/08 | |
| Supplies-MailPosta | 3/20/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 573689 | | 3/19/08 | |

# Individual Statement
## From January 2008 to March 2008

Date Printed: 4/1/2008          Page 5 of 5

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00173040 | ABRAHAM | KENNETH | R | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | | | Ending Month Balance: | $0.00 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($6.00)
Total Amount Currently on Legal Hold: ($18.00)
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($53.08)