CA 08-310
CA 08-311

5/23/08

To: Mr. Dalleo
Clerk - US District Court
re: Motion to Amend Complaint ~~(2)~~
Complaint against Smith and Bryan 5/29/08 KRA

From: Kenneth Abraham 173045
SHU 17 DL8
D.C.C. 1181 Paddock Rd.
Smyrna, DE 19977

Dear Mr. Dalleo,

  I write enclosing a Motion to Amend, asking that it be attached to each of ~~two~~ one Complaints mailed to the Court on 5/21/08, for the Court's consideration.

  The cases are captioned as Me against defendants Carl Danberg, Perry Phelps, D.O.C., ~~Bryan~~ Michael Bryan, and Patrick Smith, and ② Me against Carl Danberg, Perry Phelps, ~~DOC, and Brian Engrem.~~
Crossed out 5/29/08 KRA

Thank you.
Respectfully Submitted,

[signature]

FILED
JUN - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE