# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Kenneth Abraham
(herein "M" for Movant)

v.

Carl Danberg, Commissioner
Del. Correctional Center
(herein "CD")
and Warden Perry Phelps
(herein "WP")
and Del. Dept. of "Corrections"
(herein "DOC")
and Michael Bryan
and Patrick Smith

Motion to Amend
Complaint (mailed to Ct. on 5/21/08)
Case against Smith and Bryan
Claim for failure to train and/or supervise

~~and to similarly amend the complaint in~~  5/29/08 KRA
~~the case of Kenneth Abraham v. "CD",~~
~~"WP", "DOC" and Brian Engram, also mailed~~
~~to this court on 5/21/08. The §1983 and~~
~~intentional infliction of emotional distress action.~~
Crossed out 5/29/08 KRA

Comes now, this 23rd day of May, 2008, Kenneth Abraham, pro se and indigent, who moves this Honorable Court to Amend each of the Complaints in the above-captioned cases, mailed to this Court on 5/21/08, as follows:

① To include a claim or claims against defendants "CD", "WP", and "DOC" to include an action for "failure to train and supervise", herein called "F&TS".

② M notes that Rule 15 of this Court's Rules provides that "a party may amend his pleading once as a matter of course at any time before a responsive pleading is served." Rule 15(a).

③ Defendants CD, WP and DOC did F&TS other named defendants (and others), not to maliciously, deliberately, concoct, fabricate, or manufacture false accusations against

FILED JUN - 2 2008 U.S. DISTRICT COURT

inmates, resulting in the writing or publication of false "Disciplinary Reports."

(4) Defendants CD, WP, and DOC did FTTS Bryan and Smith so they would not engage in all of the outrageous, unlawful actions described in the Complaint mailed 5/21/08 to this Court.

(5) Defendants CD, WP and DOC did also fail to train and supervise named defendant Bryan Engrem of SHU law library not to terminate or deny access to the law library to an inmate engaged in pending litigation, including M, said named defendants did FTTS Brian Engrem to to act or behave as described in M's Petition for TRO and Injunction and M's civil suit against CD, WP, DOC and Brian Engrem mailed to this Court on 5/21/08.

(6) Defendants CD, WP, and DOC did FTTS the other named defendants even to realize or know (and act accordingly) the broad concept that "the laws apply inside these walls."

(7) Wherefore, M asks this Court to include a claim for "Failure to Train or Supervise" (which is distinct from liability predicated on respondent superior) against CD, WP and DOC in the above-mentioned cases — case against Smith and Bryan

(8) The malicious lying and concocting of false charges against inmates (including M) is so widespread, frequent and prevalent that defendants must have been aware of the practice well before, and above and beyond any training considerations, dictated by common sense and orderly prison management practices.

(9) M notes that O'Connor v. Keller et al 510 F Supp 1359, (D.Md. 1981) discusses a claim for "Failure to Train and Supervise." M has requested this case from SHU law library on 5/23/08, but SHU law library is denying M access.

Respectfully Submitted,
KRA

Certificate of Service
I, Kenneth Abraham, do certify that on this 29 day of May, 2008, I did mail a copy of this Motion to: Attorney General, DOJ, Carvel State Ofc. Bldg., 820 N. French Street, Wilmington, DE 19801   KRA

I/M Ken Abraham
SBI# 173040  UNIT SHU17048
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Dr. Dalleo

U.S.M.
X-RA[Y]

Clerk ~ US District Court
Lock box 18 ~ US Courthouse
844 King Street
Wilmington, DE
19801



02 1A
0004608975
MAILED FROM ZIP CODE 19977
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.42⁰
MAY 30 2008