To: Peter Dalleo
Clerk
US Dist. Ct.

Ken Abraham
173040
SHU-7 DL8
1181 Paddock Rd.
Smyrna DE
19977

6/13/08 re 08-310 SLR Abraham v. Dept of Corrections et al
Engren

Dear Mr Dalleo,

In this case, I indicated in my last letter (dated 5/29/08, I believe) that I have (no objection, in fact request) that this case be dismissed w. that prejudice inasmuch as problems with SHU Law library are resolved (at least for now).

Therefore, I shall not be returning the "authorization" form regarding fees or the magistrate judge form, and I again request it be dismissed without prejudice.

Thank you

Respectfully
K.A.R.

(Note) I have not yet received those forms concerning the Petition for Declaratory Judgment filed same date
US 08-31,
KA

FILED
JUN 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

