Also incorporated as part of Complaint dated 5/16/08, per paragraph 29 thereof.

# IN THE DISTRICT COURT (U.S.)
## DISTRICT OF DELAWARE

Kenneth Abraham
v, hereinafter "P"

Warden Perry Phelps
"WP"
D.C.C,
and Del. Dept of Corrections

and

Brian Engrem
SHU Law Library
D.C.C,

Urgent Request for
T.R.O and Injunction.
Petition for Injunction
re: ① Case 07-543
② Petition for Declaratory
Judgment, filed May 6, '08
③ Suit against guards Bryan, Smith,
Worden, Danberg and P.C, dated April 2
83 pages, sent to SHU law library for copies
④ Other legal information requested
from SHU law library.

FILED
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now Petitioner, Kenneth Abraham, pro se,
forma pauper, this 20th day of May, 2008,
and Moves this Court as follows:

① P has filed two actions in this court,
and has been attempting for nearly 6 months
to file the third, all necessitated by OUTRAGEOUS
unlawful conduct of named defendants.

② SHU Law Library, in particular, one Brian
Engrem, alleged paralegal, has refused to provide
legal materials, requested on 5/13/08 - See Ex A

③ Prior to this, P has had to wait 3 to 4 weeks
to receive some information, many times requested.

④ Prior to 5/9/08 the SHU Law Library never
requested or required the return of any information

other than copies of cases, which P has returned.

(5) Defendants are deliberately attempting to delay, hinder, or prevent P's legal actions, as they are fearful that the TRUTH will out.

(6) SHU law library is the only source of legal information for P.

(6)(a) P, on 5/21 is still waiting for information requested on 4/19!

(7) If the past is any harbinger of the future, defendants will attempt to mislead this Court by stating how many pages of information they have provided. This is a classic "red herring". ALL of those pages were necessary due to wrongful conduct of defendants and have nothing to do with information being withheld.

(7a) What has taken 6 months could have been accomplished in 1 week with access to law library.

(8) Defendants are violating and threatening to violate P's rights, secured by 1st, 5th, 14, 6th Amendments of the U.S. Constitution.

(9) Exhibits 1 A through F included & attached hereto.

Wherefore, P requests this Court to order defendants to provide all materials requested, promptly, so P can (a) protect his rights (b) exercise his rights, engage in the litigation necessary, and (c) expose the TRUTH concerning unlawful conduct of defendants.

And sanction defendants with Punitive damages. Award P costs.

Respectfully submitted,

Kel Abraham
173040
SHU 17 DL8
DCC
1181 Paddick Rd,
Smyrna, DE 19977

Certificate of Service

I, Kenneth Abraham, certify that a copy of P's petition was mailed this 21 day of May, '08 to: Attorney General, Carvel office Building, Dept of Justice 820 N. French ST. Wilmington, De. 19801



*S HU Law library, in providing over 100ᵗ items, has never requested or required return of anything except cases*

*5/21 I now have 3 cases pending and need legal info!!*

**M E M O**

TO: I/M Kenneth Abraham #173040

*BE*

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: May 13, 2008

RE: Legal Materials

On May 9, 2008, I sent you a response stating you need to return the entire statute (Title 11 sec. 4204). To date, you have failed to do so. On the same date, you returned the last page of this statute. You will need to return the entire statute to me before receiving additional legal materials. I am returning your requests received that are pending until this matter is resolved. Title 11 sec. 4204 needs to be returned to my office by Friday May 16, 2008.

*replied 5/18*

*They've Never asked for any other statutes?*

*See 5/20*

*5/15 - I replied - pointing out note (repeating it) on bottom of page F and stating that I don't believe they can withhold legal materials because I may have lost a couple of pieces of paper! I informed suit will be filed 5/20*

Cc: File

SHU Law Library

## GENERAL REQUEST FORM

BLD. # SHU17
Cell # D-28

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

I need, please, copies of (A) The US Constitution and

(B) The Delaware Constitution

Thank you

KiRA

Probably one of the greatest examples of genius ever written!!

RECEIVED
APR 22 2008
SHU Law Library

Name _Ki. M____ S.B.I. 173040 Date: 4/20/08

Date Received:_____ Pay-to Log # _____

Date Sent_____ Staff Initials:_____

Staff Notes:_____

TO: SHU Law Library

IN HOUSE MAIL

TO: SHU Law Library

From Ken Abraham
SHU 170 L8

I need a copy of Prison Litigation Reform Act - Federal law

Thank you.

KRA

TO S HU Law Library

In House Mail

**RECEIVED**

APR 2 4 2008

**SHU Law Library**

# WACHOVIA SECURITIES

1:09

Page 3 of 5

**BAXTER WALTER J ABRAHAM TRUST**
**MAURICE ABRAHAM TTEE**

Sub / Branch    / Rep    / Account No.

July 1 - July 31, 2005

## Stocks and Options

### Stocks continued

| Description | Symbol | Quantity | Price or Adj. Cost | Cost or Other Basis | Current Price | Current Market Value | Unrealized Gain/Loss | Est. Ann. Income | Est. Ann. Yield (%) |
|---|---|---|---|---|---|---|---|---|---|
| HUMAN GENOME SCIENCES INC Acquired 06/04/03 | HGSI | 40 | N/A## | N/A | 14.6500 | $586.00 | N/A | N/A | N/A |
| MCDONALDS CORP Acquired 06/04/03 | MCD | 80 | N/A## | N/A | 31.1700 | $2,493.60 | N/A | $44.00 | 1.76 |
| MICROSOFT CORP Acquired 06/04/03 | MSFT | 188 | N/A## | N/A | 25.6100 | $4,814.68 | N/A | $60.16 | 1.24 |
| OPENWAVE SYSTEMS INC Acquired 06/04/03 | OPWV | 4 | N/A## | N/A | 18.5500 | $74.20 | N/A | N/A | N/A |
| PROCTER & GAMBLE CO Acquired 06/04/03 | PG | 20 | N/A## | N/A | 55.6300 | $1,112.60 | N/A | $22.40 | 2.01 |
| QUALCOMM INC Acquired 06/04/03 | QCOM | 26 | N/A## | N/A | 39.4800 | $1,026.48 | N/A | $9.36 | 0.91 |
| TARGET CORP Acquired 06/04/03 | TGT | 14 | N/A## | N/A | 58.7500 | $822.50 | N/A | $5.60 | 0.68 |
| TIME WARNER INC Acquired 06/04/03 | TWX | 24 | N/A## | N/A | 17.0200 | $408.48 | N/A | $4.80 | 1.17 |
| UNITED PARCEL SERVICE-B Acquired 06/04/03 | UPS | 50 | N/A## | N/A | 72.9700 | $3,648.50 | N/A | $66.00 | 1.80 |
| VIROPHARMA INC Acquired 06/04/03 | VPHM | 7 | N/A## | N/A | 11.5900 | $81.13 | N/A | N/A | N/A |
| WAL-MART STORES INC Acquired 06/04/03 | WMT | 236 | N/A## | N/A | 49.3500 | $11,646.60 | N/A | $141.60 | 1.21 |
| WEBMD CORPORATION Acquired 06/04/03 | HLTH | 12 | N/A## | N/A | 10.6100 | $127.32 | N/A | N/A | N/A |
| WEBVAN GROUP INC Acquired 06/04/03 | WBVNQ | 20 | N/A## | N/A | N/A* | N/A | N/A | N/A | N/A |
| XYBERNAUT CORP Acquired 06/04/03 | XYBR | 10 | N/A## | N/A | 0.0780 | $0.78 | N/A | N/A | N/A |
| YAHOO INC Acquired 06/04/03 | YHOO | 40 | N/A## | N/A | 33.3400 | $1,333.60 | N/A | N/A | N/A |
| **Total Stocks** | | | N/A | N/A | | $31,052.51 | $0.00 | $353.92 | 1.14 |

W3B14FLD    026355 21115013314    NNNNN NNNNN NNNNNNNNN 000003

To: SHU Law Library    From Ken Abraham 173040

(1) I Need Mendelson v Sprint, 466 F 3d 1223 (10th Cir 2006) Sheppardized with providing citing references from Delaware Courts, Pennsylvania Courts & New York courts, and 3d Circuit vs ct of Ap. Thank you

(2) I need copies of

Zimmerman v US Bank 483 F 3d 1106 (10th Cir 2007)

Schutter Potter

Thank you

KRA

**RECEIVED**

MAY 0 1 2008

**SHU Law Library**

To: SHU Law Library    From Ken Abraham 173040 SHU 17 DL8

IN HOUSE MAIL

37,663

# WACHOVIA SECURITIES



## Account Summary for
## Current period ending May 31, 2006

**Your Financial Advisor :**

## Message from Wachovia Securities

WE ARE PLEASED TO OFFER ENVISION(SM)—A WAY TO WORK WITH YOUR FINANCIAL ADVISOR THAT STARTS WITH YOUR LIFE AND PLANS YOUR MONEY AROUND IT. TO LEARN MORE, CONTACT YOUR FINANCIAL ADVISOR TODAY.

IF YOU USE OUR ONLINE BROKERAGE SERVICE, YOU CAN CHOOSE TO RECEIVE YOUR STATEMENTS ELECTRONICALLY. SIMPLY LOGIN TO ONLINE BROKERAGE AND SELECT THE "STATEMENTS/CONFIRMS" LINK UNDER THE ACCOUNT & SERVICES TAB. IF YOU WOULD LIKE TO ENROLL IN OUR ONLINE BROKERAGE SERVICE, VISIT US AT WWW.WFC.COM.

## At a Glance
If you have more than one account with us, why not get them linked? Your summary below will list them all. Contact Your Financial Advisor today.

| Accounts | Account no. | Previous portfolio value | Current portfolio value |
|---|---|---|---|
| Investment Account | | 50,509.89 | 42,998.44 |
| Total | | $50,509.89 | $42,998.44 |

Wachovia Securities, LLC, member NYSE and SIPC, is a registered broker-dealer and a separate, non-bank affiliate of Wachovia Corporation. Accounts carried by First Clearing, LLC, member NYSE and SIPC.

038310 02 5DG5 188 AUTO** 5-DIGIT 19901
MAURICE W J ABRAHAM

038310 152183851314    NININ NINININ NINININININ 000001

WS314FLD

To SHU Law Library

☑

**RECEIVED**

MAY 0 9 2008

**SHU Law Library**

I need, please a copy of Whalen v State, 434 A²ᵈ 1346 (Del (1981)

Thank you,

Ken Abraham

173040 SHU170L8

Page 2 of 3

## MAURICE W J ABRAHAM

Sub / Branch    / Rep    / Account No.

April 1 - June 30, 2005

## Portfolio Assets

This section includes estimated or unrealized gains or losses for your information only and should not be used for tax purposes. If acquisition information is not available, the gain/loss information may not be displayed and section and summary totals may not reflect your complete portfolio. Cost basis information provided by the account owner is not verified by First Clearing, LLC and should not be relied upon for legal or tax purposes. Bonds purchased at a premium or O.I.D. (Original Issue Discount) will be carried at the original cost basis. Factored bonds (GNMA, CMO, etc.) will be adjusted for payment of principal. Systematic investments in mutual funds and reinvested dividends for mutual funds and stocks have been consolidated for each position. Unit cost data for systematic investments and dividend reinvestment provides only an is a non-weighted average. To update your cost information or provide omitted cost information, contact Your Financial Advisor. Estimated Current Yield on Money Market funds, when available, reflects the current estimated yield for the highest period. dates displayed. Estimated Annual Income, when available, reflects the estimated amount you would earn on a security if your current position and its stated income remained constant for a year. Estimated Annual Yield, when available, reflects the current estimated annual income divided by the current value of the security as of the statement closing date. The information used to derive these estimates is obtained from various outside vendors; FCC is not responsible for incorrect or missing estimated annual income and yields.
Curious how your securities are performing? The "Unrealized Gain/Loss" column tells you how much each stock has increased or decreased in value since you bought it (based on cost data supplied by you or by outside services, which may not be complete). Revisions to this information (because of corporate mergers, tenders and other reorganizations, for example) may be necessary from time to time. To update your cost information or provide omitted costs, contact Your Financial Advisor.

## Stocks and Options

### Stocks

| Description | Symbol | Quantity | Price or Adj. Cost | Cost or Other Basis | Current Price | Current Market Value | Unrealized Gain/Loss | Est. Ann. Income | Est. Ann. Yield (%) |
|---|---|---|---|---|---|---|---|---|---|
| MEADWESTVACO CORP<br>Acquired 04/02/03 | MWV | 583 | N/## | N/A | 28.0400 | $16,347.32 | N/A | $536.36 | 3.28 |
| ROYAL DUTCH PETE OO<br>NY REGISTRY SH PAR'N<br>GLDR 1.25 | RD | | | | | | | | |
| Acquired 04/02/03 | | 544 | N/## | N/A | 64.9000 | $35,305.59 | N/A | $755.15 | 2.09 |
| Dividend reinvestment | | 11.54400 | 44.12 | $509.33 | | $749.21 | $239.88 | | |
| Total | | 555.54400 | | $509.33 | 64.9000 | $36,054.80 | $239.88 | $755.15 | 2.09 |
| **Total Stocks** | | | | $509.33 | | $52,402.12 | $239.88 | $1,291.51 | 2.46 |
| **Total Stocks and Options** | | | | $509.33 | | $52,402.12 | $239.88 | $1,291.51 | 2.46 |

## Cost information for one or more securities is not available. If you have cost information and would like to see it on future statements, contact Your Financial Advisor.

*To SHULL*

**RECEIVED**

MAY 12 2008

**SHU Law Library**

GENERAL REQUEST FORM

BLD. # *SHU17*
Cell # *018*

This request should be used to request general information, case law and/or photocopies from the SHU Law Library. **Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis.** There should be no writing on legal materials stamped SHU Law Library.

Thanks for info received

(1) I still need following sections of Am Jur 2nd on Libel & Slander: 232, 240, 268 (273), 244, 304, 305, 331, 256, 357, (134), 362, 368, 394, 423, 482, 484, 496, 499, request 4/19

(2) Still need a couple of cases & form (Rule 6) requested earlier

Thanks to "Kess" for his "research" responses.

(3) Fed Rule 23

(4) Rule 3507 or a statute (Del) of some # which permits the introduction as evidence in criminal cases prior recorded statements.

(5) Still need lesser degrees (statutes) of unlawful imprisonment

Name *Kenneth Abraham*   S.B.I. *173 040*   Date: *5/9/08*

Date Received: _____   Pay-to Log # _____

Date Sent _____   Staff Initials: _____

Thanks.

Staff Notes: _____

(Note) on 5/9 You indicate I need to return 11 Del C. 4204 — I've looked through papers and did not see it. But I have so many notes and papers. What does 4204 concern ?? This may help me find it.

To: S HU Law Library

I/M: Ken Abraham

SBI# 173040     UNIT SHU(7) DC8

**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE  19977**

Clerk
US District Court
Lockbox 18
844 King Street — US Courthouse
Wilmington DE
19801

Legal
Mail X-RAY

5/15/08

Exhibit 1

To SHU Law Library

From Ken Abraham 173040
SHU 17028

Received your note of 5/13. Obviously, you did not read or close to ignore my reply to your request for §4214 where I wrote "I cannot find 11 Del C. §4214. I have so many notes and papers, what does it concern - what is it about? This may help me locate it." What's the urgency with this statute, when SHU law library has provided many statutes and other materials and never requested return of anything except cases?

Furthermore, I do not believe you have the right to withhold all legal information, some of which I've been waiting for since 4/9. I need materials requested, and unless I receive them I'll file for injunction on 5/20/08 and we can argue about this in Court.

You must be nuts to think you can withhold all legal information when you are the only source.

KRA

TRO + Injunction

1/28/08    To: SHU Law Library    From: Ken Abraham
173840
SHU 19B-W-4

(five)

of 3

I need, please 5 copies of this letter and enclosed resumes

Thank you.

RECEIVED

JAN 2 8 2008

SHU LAW LIBRARY

Sent: Photocopies — 5x2=10 pgs

B.E.

1-28-08.

Exhibit A
5/15/88    To SHU Law Library    From: Ken Abraham
173040
SHU17DL8

I do not have 11 Del.C. § 4204. Inasmuch as
the SHU Law Library has provided numerous statutes and
other materials, and never requested or required
The return of any materials except cases, I may
have used it for scrap paper or to make paper
airplanes after using pertinent parts.

K. Abraham
173040
SHU17DL8

TRO Injunction

1/26 To: SHU Law Library From Ken Abraham

I need, please, ~~[illegible]~~

5 (five) copies of this letter to 3d circuit ct.

Thank you,

K. A.

~~3 pages~~ sheets

1 ? 2 sided

RECEIVED

JAN 28 2008

SHU LAW LIBRARY

Sent: Photocopies 5 X 3 = 15 pgs.

(B.E.)

1-28-08

*In providing over 100ᵗ items, SHU Law Library has never requested or required return of anything except cases*



MEMO *5/21 I now have 3 cases pending, and need legal info!*

TO: I/M Kenneth Abraham #173040

*(BE)*

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: May 13, 2008

RE: Legal Materials

On May 9, 2008, I sent you a response stating you need to return the entire statute (Title 11 sec. 4204). To date, you have failed to do so. On the same date, you returned the last page of this statute. You will need to return the entire statute to me before receiving additional legal materials. I am returning your requests received that are pending until this matter is resolved. Title 11 sec. 4204 needs to be returned to my office by Friday May 16, 2008.

*They've Never asked for any other statutes?*

*replied 5/15*

*Sue 5/20*

*5/15 - I replied - pointing out note (repeating it) on bottom of page F and stating that I don't believe they can withhold legal materials because I may have lost a coupde of pieces of paper! I Informed Suit will be filed 5/20*

Cc: File

SHU Law Library

## GENERAL REQUEST FORM

BLD. # SHU17
Cell # D-28

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

I need, please, copies of (A) The US Constitution and (B) The Delaware Constitution

Thank you

KIRA

Probably one of the greatest examples of genius ever written!!

RECEIVED

APR 22 2008

SHU Law Library

Name K. MAYL    S.B.I. 173040    Date: 4/20/08

Date Received:_____    Pay-to Log # _____

Date Sent_____    Staff Initials:_____

Staff Notes:_____

To: SHU Law Library

IN HOUSE MAIL

1.22

TO: SHU Law Library

From Ken Abraham
SHU17 OL8

173040

©

☒ need a copy of
Prison Litigation Reform Act - Federal law

Thank you.

KRA

TO SHU Law Library

Do
HOUSE
MAIL

**RECEIVED**

APR 2 4 2008

**SHU Law Library**

# WACHOVIA SECURITIES

**BAXTER WALTER J ABRAHAM TRUST**
**MAURICE ABRAHAM TTEE**

Sub / Branch    / Rep    / Account No. ▊

Page 3 of 5

July 1 - July 31, 2005

## Stocks and Options

### Stocks continued

| Description | Symbol | Quantity | Price or Adj. Cost | Cost or Other Basis | Current Price | Current Market Value | Unrealized Gain/Loss | Est. Ann. Income | Est. Ann. Yield (%) |
|---|---|---|---|---|---|---|---|---|---|
| HUMAN GENOME SCIENCES INC<br>Acquired 05/04/03 | HGSI | 40 | N/A## | N/A | 14.6500 | $586.00 | N/A | N/A | N/A |
| MCDONALDS CORP<br>Acquired 05/04/03 | MCD | 80 | N/A## | N/A | 31.1700 | $2,493.60 | N/A | $44.00 | 1.76 |
| MICROSOFT CORP<br>Acquired 05/04/03 | MSFT | 188 | N/A## | N/A | 25.6100 | $4,814.68 | N/A | $60.16 | 1.24 |
| OPENWAVE SYSTEMS INC<br>Acquired 05/04/03 | OPWV | 4 | N/A## | N/A | 18.5500 | $74.20 | N/A | N/A | N/A |
| PROCTER & GAMBLE CO<br>Acquired 05/04/03 | PG | 20 | N/A## | N/A | 55.6300 | $1,112.60 | N/A | $22.40 | 2.01 |
| QUALCOMM INC<br>Acquired 05/04/03 | QCOM | 26 | N/A## | N/A | 39.4800 | $1,026.48 | N/A | $9.36 | 0.91 |
| TARGET CORP<br>Acquired 05/04/03 | TGT | 14 | N/A## | N/A | 58.7500 | $822.50 | N/A | $5.60 | 0.68 |
| TIME WARNER INC<br>Acquired 05/04/03 | TWX | 24 | N/A## | N/A | 17.0200 | $408.48 | N/A | $4.80 | 1.17 |
| UNITED PARCEL SERVICE-B<br>Acquired 05/04/03 | UPS | 50 | N/A## | N/A | 72.9700 | $3,648.50 | N/A | $66.00 | 1.80 |
| VIROPHARMA INC<br>Acquired 05/04/03 | VPHM | 7 | N/A## | N/A | 11.5900 | $81.13 | N/A | N/A | N/A |
| WAL-MART STORES INC<br>Acquired 05/04/03 | WMT | 236 | N/A## | N/A | 49.3500 | $11,646.60 | N/A | $141.60 | 1.21 |
| WEBMD CORPORATION<br>Acquired 05/04/03 | HLTH | 12 | N/A## | N/A | 10.6100 | $127.32 | N/A | N/A | N/A |
| WEBVAN GROUP INC<br>Acquired 05/04/03 | WBVNQ | 20 | N/A## | N/A | N/A* | N/A | N/A | N/A | N/A |
| XYBERNAUT CORP<br>Acquired 05/04/03 | XYBR | 10 | N/A## | N/A | 0.0780 | $0.78 | N/A | N/A | N/A |
| YAHOO INC<br>Acquired 05/04/03 | YHOO | 40 | N/A## | N/A | 33.3400 | $1,333.60 | N/A | N/A | N/A |
| **Total Stocks** | | | **N/A** | | | **$31,052.51** | **$0.00** | **$353.92** | **1.14** |



To: SHU Law Library

From: Ken Abraham SHU17 SL8
173040

① ① I Need Mendelson v Sprint, 466 F 3d 1223 (10th Cir 2006) Sheppardized ~~with~~ providing citing references from Delaware Courts, Pennsylvania Courts & New York Courts, and 3rd Circuit US ct. of Ap. Thank you

② I need copies of

Timmerman v US Bank 483 F 3d 1106 (10th Cir 2007)

~~and~~ ~~Schutter Potter~~ Thank you KRA

**RECEIVED**

MAY 0 1 2008

**SHU Law Library**

To: SHU Law Library

From Ken Abraham
173040 SHU17 SL8

IN
HOUSE
MAIL

37,683

# WACHOVIA SECURITIES

**Account Summary for**
**Current period ending May 31, 2006**

Your Financial Advisor :

## Message from Wachovia Securities

WE ARE PLEASED TO OFFER ENVISION(SM)—A WAY TO WORK WITH YOUR FINANCIAL ADVISOR THAT STARTS WITH YOUR LIFE AND PLANS YOUR MONEY AROUND IT. TO LEARN MORE, CONTACT YOUR FINANCIAL ADVISOR TODAY.

IF YOU USE OUR ONLINE BROKERAGE SERVICE, YOU CAN CHOOSE TO RECEIVE YOUR STATEMENTS ELECTRONICALLY. SIMPLY LOGIN TO ONLINE BROKERAGE AND SELECT THE "STATEMENTS/CONFIRMS" LINK UNDER THE ACCOUNT & SERVICES TAB. IF YOU WOULD LIKE TO ENROLL IN OUR ONLINE BROKERAGE SERVICE, VISIT US AT WWW.WACHOVIA.COM.

## At a Glance

If you have more than one account with us, why not get them linked?  Your summary below will list them all. Contact Your Financial Advisor today.

| Accounts | Account no. | Previous portfolio value | Current portfolio value |
|---|---|---|---|
| Investment Account | | 50,509.89 | 42,998.44 |
| Total | | $50,509.89 | $42,998.44 |



MAURICE W J ABRAHAM
038310 02 5DG5 188 AUTO** 5-DIGIT 19901

Wachovia Securities, LLC, member NYSE and SIPC, is a registered broker-dealer and a separate, non-bank affiliate of Wachovia Corporation. Accounts carried by First Clearing, LLC, member NYSE and SIPC.

W331-HELD    038310 152 16566 1314    NNNNN NNNNN NNNNNNN 000001




To SHU Law Library

**RECEIVED**

MAY 0 9 2008

**SHU Law Library**

I need, please a copy of <u>Whalen v State</u>,
434 A²d 1346 (Del 1981)

Thank you,
Ken Abraham
173040 SHU170L8

To SHU Law Library

336

MAURICE W J ABRAHAM

Sub / Branch / Rep / Account No.

Page 2 of 3

April 1 - June 30, 2005

# Portfolio Assets

This section includes estimated or unrealized gains or losses for your information only and should not be used for tax purposes. If acquisition information is not available, the gain/loss information may not be displayed and section and summary totals may not reflect your complete portfolio. Cost basis information provided by the account owner is not verified by First Clearing, LLC and should not be relied upon for legal or tax purposes. Bonds purchased at a premium or O.I.D. (Original Issue Discount) will be carried at the original cost basis. Purchased bonds (GNMA, CMO, etc.) will be adjusted for paydown of principal. Systematic investments in mutual funds and reinvested dividends for mutual funds and stocks have been consolidated for each position. Unit cost data for systematic investments and dividend reinvestment securities is provided for informational purposes only and is a non-weighted average. To update your cost information or provide omitted cost information, contact Your Financial Advisor. Estimated Current Yield on Money Market funds, when available, reflects the current estimated yield for the interest period dates displayed. Estimated Annual Income, when available, reflects the estimated amount you would earn on a security if your current position and its related income remained constant for a year. Estimated Annual Yield, when available, reflects the current estimated annual income divided by the current value of the security as of the statement closing date. The information used to derive these estimates is obtained from various outside vendors; FCC is not responsible for incorrect or missing estimated annual income and yields.
Curious how your securities are performing? The "Unrealized Gain/Loss" column tells you how much each stock has increased or decreased in value since you bought it (based on cost data supplied by you or by outside services, which may not be complete). Revisions to this information (because of corporate mergers, tenders and other reorganizations, for example) may be necessary from time to time. To update your cost information or provide omitted costs, contact Your Financial Advisor.

## Stocks and Options

### Stocks

| Description | Symbol | Quantity | Price or Adj. Cost | Cost or Other Basis | Current Price | Current Market Value | Unrealized Gain/Loss | Est. Ann. Income | Est. Ann. Yield (%) |
|---|---|---|---|---|---|---|---|---|---|
| MEADWESTVACO CORP Acquired 04/02/03 | MWV | 583 | N/A## | N/A | 28.0400 | $16,347.32 | N/A | $536.36 | 3.28 |
| ROYAL DUTCH PETE CO NY REGISTRY SH PAR N GLDR 1.25 | RD | | | | | | | | |
| Acquired 04/02/03 | | 544 | N/A## | N/A | 64.9000 | $35,305.59 | N/A | $755.15 | 2.09 |
| Dividend reinvestment | | 11.54400 | 44.12 | $509.33 | | $749.21 | $239.88 | | |
| Total | | 555.54400 | | $509.33 | 64.9000 | $36,054.80 | $239.88 | $755.15 | 2.09 |
| **Total Stocks** | | | | $509.33 | | $52,402.12 | $239.88 | $1,291.51 | 2.46 |
| **Total Stocks and Options** | | | | $509.33 | | $52,402.12 | $239.88 | $1,291.51 | 2.46 |

## Cost information for one or more securities is not available. If you have cost information and would like to see it on future statements, contact Your Financial Advisor.



To SHULL

RECEIVED

MAY 12 2008

SHU Law Library

GENERAL REQUEST FORM

BLD. # SHU 17
Cell # 018

This request should be used to request general information, case law and/or photocopies from the SHU Law Library. **Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.**

Thanks for it to received

① I still need following sections of AmJur 2nd Libelt Slander: 232, 240, 268, (273), 294, 304, 305, 331, 356, 357, (134, 362, 368, 394, 423, 482, 484, 496, 499, request 4/19 134

② Still need a couple of cases + form (Rule 61) requested earlier
        Thanks to "Kess" for his "research" responses.

③ Fed Rule 23

④ Rule 3507 or a statute (Del) of some # which permits the introduction as evidence in criminal cases prior recorded statements.

⑤ Still need lesser degrees (statutes) of unlawful imprisonment

Name Kenneth Abraham   S.B.I. 173 040   Date: 5/9/08

Date Received: _____   Pay-to Log # _____

Thank you

Date Sent _____   Staff Initials: _____

Staff Notes: _____

(Note) You indicate I need to return 11 Del C. 4204 ~ I've looked through papers and did not see it. But I have so many notes and papers, what does 4204 concern?? This may help me find it.

To: SHU Law Library

To: SHU Law Library

IN HOUSE Mail